IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

M.M., *

Petitioner, *

vs. *

Warden, STEWART DETENTION CENTER, *et al.*, *

Respondents. *

CASE NO. 4:26-cv-107-CDL-AGH
28 U.S.C. § 2241

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on August 10, 2026. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.[1]

IT IS SO ORDERED, this 9th day of September, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

[1] The Court interprets Respondents' failure to object to the Magistrate Judge's Recommendation to be an admission that it is unlikely that Petitioner will be removed in the reasonably foreseeable future.